IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANGELA MARIE LAMB                                      PLAINTIFF

V.                                                CAUSE NO.: 1:07CV125-SA-JAD

LOWNDES COUNTY SCHOOL DISTRICT                         DEFENDANT

### ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [docket entry 26] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __2nd__ day of July, 2008.

                                                                   /s/ Sharion Aycock
                                                                    U.S. DISTRICT JUDGE